**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
THE POLICE AND FIRE RETIREMENT
SYSTEM CITY OF DETROIT and OKLAHOMA
LAW ENFORCEMENT RETIREMENT SYSTEM,
Individually and on Behalf of All Others Similarly
Situated,

                    Plaintiff,

-against-                        22 **CIVIL** 8971 (LAK)

## **JUDGMENT**

ARGO GROUP INTERNATIONAL HOLDINGS,
LTD., et al.,

                    Defendant.
-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion dated December 12, 2024, defendants' motion to dismiss (Dkt 30) is GRANTED.

**Dated:** New York, New York

      December 17, 2024

                                                                **TAMMI M. HELLWIG**
                                                                   Clerk of Court

                             **BY:**

                                                                   **Deputy Clerk**